| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District Of California** | |
| In re: <br> Angelette O Stinson | CHAPTER NO.: 7 |
| | CASE NO.: 2:10−bk−34834 |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases required by Local Rule 1015−2.
☒ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. §342(b); Local Rule 1002−1(g)]
☒ Statement of Assistance of Non−Attorney or Bankruptcy Petition Preparer. [Local Rule 1002−1(g)]
☒ Summary of Schedules (Form B6). [Local Rule 1002−1(g)]
☒ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002−1(g)]
☒ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4).
☒ Statistical Summary of Certain Liabilities
☒ Debtor's Certification of Employment Income

**B.** You must file the Chapter 7 Individual Debtor's Statement of Intention [11 U.S.C. § 521] within 30 days from filing of your petition. [Local Rule 1002−1(g)]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

    Chapter 7    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

| | |
|---|---|
| Dated: <u>June 18, 2010</u> | **KATHLEEN J. CAMPBELL, CLERK OF COURT** <br><br> **By: <u>Angel Pavia</u>** <br> **Deputy Clerk** |

ccdn − Revised 12/2009                                                        **1 / TAP**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: apaviaC              Page 1 of 1                   Date Rcvd: Jun 18, 2010
Case: 10-34834                 Form ID: ccdn              Total Noticed: 2

The following entities were noticed by first class mail on Jun 20, 2010.
db           +Angelette O Stinson,    932 Obispo Ave Apt 7,    Long Beach, CA 90804-5045
ust          +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2010**                         **Signature:** _Joseph Speetjens_